A00A0728. LEE et al. v. AMERICAN CENTRAL INSURANCE COMPANY et al.
(553 SE2d 347)

ELDRIDGE, Judge.

In *American Central Ins. Co. v. Lee*, 273 Ga. 880 (548 SE2d 338) (2001), the Supreme Court reversed the judgment of this Court's opinion in *Lee v. American Central Ins. Co.*, 243 Ga. App. 759 (530 SE2d 731) (2000). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Blackburn, C. J., and Barnes, J., concur.*

DECIDED AUGUST 1, 2001.

*Smith & Harrington, Wilton D. Harrington, John P. Harrington, Robert S. Slocumb,* for appellants.
*Mozley, Finlayson & Loggins, Robert M. Finlayson II, Edward C. Bresee,* for appellees.